UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shannon T. Craig,                                                    Civil 11-269 SRN/SER

      Plaintiff,

v.                                                                            **ORDER**

Ramsey County Jail,

      Defendant.

_____

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Steven E. Rau dated February 15, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that:

      1. Plaintiff's application to proceed <u>in forma pauperis</u>, [Doc. 2] is DENIED; and

      2. This action is DISMISSED pursuant to 28 U.S.C.§ 1915 (e)(2)(B)(ii).


DATED: March 3, 2011                          s/ Susan Richard Nelson
                                                    SUSAN RICHARD NELSON
                                                    United States District Judge